**UNITED STATES of America,
Plaintiff–Appellee**

v.

\Flavio **LOZANO–TORRES, also known
as El Borracho, Defendant–
Appellant.**

**No. 14–40759
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

John Riley Friesell, Houston, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Flavio Lozano–Torres has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Lozano–Torres has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.